UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Sudam, Inc.,** a California Corporation,<br><br>　　　　Defendants. | Case: 4:21-cv-03963-KAW<br><br>[proposed] ORDER GRANTING JOINT STIPULATION |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.

IT IS SO ORDERED.

Dated: 2/10/2022

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

1

Proposed ORDER Granting Joint Stipulation　　　　　　　　Case No. 4:21-cv-03963-KAW