CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191
Amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>     Plaintiff,<br><br>  v.<br><br>Sudam, Inc.; and Does 1-10,<br><br>     Defendants. | Case No.: 4:21-cv-03963-NMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: April 26, 2022,                    CENTER FOR DISABILITY ACCESS

                                            /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff

Notice of Settlement            -1-            4:21-cv-03963-NMC