CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Sudam, Inc., a California Corporation<br><br>　　　Defendants. | **Case:** 4:21-cv-03963-KAW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Sudam, Inc., has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 12, 2022　　　　CENTER FOR DISABILITY ACCESS


　　　　　　　　　　　　　　By:<u>/s/Amanda Seabock</u>
　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　Attorneys for Plaintiff